CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: 0:25−mj−00446−ECW−1

| | |
|---|---|
| Case title: USA v. Urista | Date Filed: 07/10/2025 |
| | Date Terminated: 07/14/2025 |

Assigned to: Magistrate Judge Elizabeth Cowan Wright

**Defendant (1)**

| | | |
|---|---|---|
| **Brandom Villagrana Urista**<br>*TERMINATED: 07/14/2025* | represented by | **Charles F Clippert**<br>Clippert Law Firm<br>101 E 5th St Ste 1500<br>St Paul, MN 55101<br>651−300−4109<br>Fax: 651−297−6134<br>Email: Charlie@ClippertLaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*TERMINATED: 07/11/2025*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Thomas C Plunkett**<br>Thomas C. Plunkett, Attorney at Law<br>332 Minnesota St<br>Suite W1610<br>St. Paul, MN 55101<br>651−222−4357<br>Email: tcp@tp4justice.com<br>*TERMINATED: 07/11/2025*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

1

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Katharine T. Buzicky** |
| | | DOJ–USAO |
| | | 316 North Robert Street |
| | | Ste 404 |
| | | Saint Paul, MN 55101 |
| | | 651–848–1927 |
| | | Email: katharine.buzicky@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2025 | 11 | ORDER OF REMOVAL to District of North Dakota as to Brandom Villagrana Urista. Signed by Magistrate Judge Elizabeth Cowan Wright on 7/11/2025. (ALN) (Entered: 07/14/2025) |
| 07/14/2025 | 10 | Personal Recognizance Bond Entered as to Brandom Villagrana Urista. Signed by Magistrate Judge David T. Schultz on 7/14/2025. (ALN) (Entered: 07/14/2025) |
| 07/14/2025 | 9 | ORDER Setting Conditions of Release as to Brandom Villagrana Urista. Signed by Magistrate Judge David T. Schultz on 7/14/2025. (ALN) (Entered: 07/14/2025) |
| 07/14/2025 | 8 | Minute Entry for proceedings held before Magistrate Judge David T. Schultz: Detention Hearing as to Brandom Villagrana Urista held on 7/14/2025. Charges from the District of North Dakota. Counsel present. Personal Recognizance bond set with conditions, see Order Setting Conditions of Release. (Court Reporter Caitlin Albrecht) (ALN) (Entered: 07/14/2025) |
| 07/11/2025 | 5 | ORDER APPOINTING ATTORNEY as to Brandom Villagrana Urista. Charles F Clippert for Brandom Villagrana Urista appointed. Signed by Magistrate Judge Jon T. |

|  |  | Huseby on 7/11/2025. (ALN) (Entered: 07/11/2025) |
| --- | --- | --- |
| 07/11/2025 | 4 | ORDER APPOINTING ATTORNEY as to Brandom Villagrana Urista. Thomas C Plunkett for Brandom Villagrana Urista appointed for the purpose of the Initial Appearance only. Signed by Magistrate Judge Jon T. Huseby on 7/11/2025. (ALN) (Entered: 07/11/2025) |
| 07/10/2025 | 3 | ORDER OF PRELIMINARY DETENTION as to Brandom Villagrana Urista. Detention Hearing under 3142&#040f&#041 set for 7/14/2025 at 10:15 AM in Courtroom 3C (STP) before Magistrate Judge David T. Schultz. Signed by Magistrate Judge Elizabeth Cowan Wright on 7/10/2025. (MME) (Entered: 07/10/2025) |
| 07/10/2025 | 2 | Brady Obligation Order as to Brandom Villagrana Urista. Signed by Magistrate Judge Elizabeth Cowan Wright on 7/10/2025.(MME) (Entered: 07/10/2025) |
| 07/10/2025 | 1 | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Initial Appearance in Rule 5(c) (3) Proceedings as to Brandom Villagrana Urista held on 7/10/2025. Charges from District of North Dakota. Counsel appointed. Detention Hearing under 3142&#040f&#041 set for 7/14/2025 at 10:15 AM in Courtroom 3C (STP) before Magistrate Judge David T. Schultz. (Digital Recording) (MME) (Entered: 07/10/2025) |
| 07/10/2025 |  | Arrest (Rule 5) of Brandom Villagrana Urista (MME) (Entered: 07/10/2025) |