CASE 0:25-mj-00446-ECW   Document 12   Filed 07/14/25   Page 18 of 19

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL

United States of America,

    Plaintiff,

v.

Brandom Villagrana Urista,

    Defendant.

BEFORE: ELIZABETH COWAN WRIGHT
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 25-mj-446 ECW |
| Date: | July 10, 2025 |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 3:25 p.m. |
| Time Concluded: | 3:30 p.m. |
| Time in Court: | 5 minutes |

APPEARANCES:

    Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
    Defendant: Tom Plunkett
        X CJA on behalf of the Federal Defender.
        X To be appointed

    X Advised of Rights

on   X Indictment
X Date charges or violation filed: June 26, 2025
X Current Offense: Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance
X **Charges from other District:** North Dakota
X Title and Code of underlying offense from other District: 21:841(a)(1) and 18:2
X Case no: 3:25-cr-145(1)

X Government moves for detention hearing.
X Motion is granted, Court finds detention hearing authorized under 18 USC 3142(f)(1), temporary detention ordered.

Next appearance date is Monday, July 14, 2025 at 10:15 a.m. before U.S. Magistrate Judge David T. Schultz in Courtroom 3C (STP) for:
X Detention hrg

X Removal hearing waived. Order to be issued.
X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                                        *s/nah*
                                        Signature of Courtroom Deputy