# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL

BEFORE: ELIZABETH COWAN WRIGHT
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

Edward Ray Blackburn Jr,

    Defendant.

| | |
|---|---|
| Case No: | 25-mj-447 ECW |
| Date: | July 10, 2025 |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 3:30 p.m. |
| Time Concluded: | 3:36 p.m. |
| Time in Court: | 6 minutes |

APPEARANCES:

    Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
    Defendant: Tom Plunkett
        X CJA on behalf of the Federal Defender.
        X To be appointed

   X Advised of Rights

on   X Indictment
X Date charges or violation filed: June 26, 2025
X Current Offense: Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance; Possession of Firearms in Furtherance of a Drug Trafficking Crime; Aiding and Abetting
X **Charges from other District:** North Dakota
X Title and Code of underlying offense from other District: 21:841(a)(1) and 18:2; 18:924(c)(1)(A) and 2
X Case no: 3:25-cr-145(2)

X Government moves for detention hearing.
X Motion is granted, Court finds detention hearing authorized under 18 USC 3142(f)(1), temporary detention ordered.

Next appearance date is Monday, July 14, 2025 at 11:00 a.m. before U.S. Magistrate Judge David T. Schultz in Courtroom 3C (STP) for:
X Detention hrg

X Removal hearing waived. Order to be issued.
X Government moves to unseal the case.     X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                                                                *s/nah*
                                                                     Signature of Courtroom Deputy