IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>PEHMONG CHAZONKHUEZE,<br>a/k/a CHAZ<br><br>    Defendant. | Case No. 3:25-cr-00145<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

  The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee: Pehmong Chazonkhueze, a/k/a Chaz
Detained at (custodian) Minnesota Correctional Facility – Lino Lakes
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on August 14, 2025, at 3:00 p.m., for the purpose of Initial Appearance and Arraignment.

| | |
|---|---|
| Attorney Signature: | /s/ Matthew P. Kopp |
| Printed Name and Telephone Number: | MATTHEW P. KOPP, 701-297-7400 |
| Dated: July 22, 2025 | Attorney of Record for the United States |

### *WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

  The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

  Dated: July 22, 2025    */s/ Alice R. Senechal*
                Magistrate Judge Alice R. Senechal
                United States District Court

☐ Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____ By: _____ _____
Date Executed     Printed Name      Signature