IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>vs.<br>Edward Blackburn, Jr.,<br>　　　　Defendant. | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Case No.: 3:25-CR-00145 |

[¶1]　COMES NOW Patrick S Rosenquist, attorney for the Defendant, Edward Blackburn, Jr., having been appointed through the Criminal Justice Act, and pursuant to D.N.D. Gen. L.R. 1.3 (F)(3), moves this Honorable Court for its Order permitting him to withdraw as counsel for the Defendant.

[¶2]　Counsel respectfully moves to withdraw from further representation of the Defendant in this matter due to a conflict of interest within Counsel's office. Specifically, another attorney in Counsel's office currently represents a defendant on a separate case but under the same umbrella of the same investigation. Given the potential for divergent defenses, conflicting interests, or overlapping confidential information, continued representation would present an actual or potential conflict in violation of ethical obligations. Accordingly, withdrawal is necessary to preserve the integrity of the defense and to ensure that all parties receive effective and conflict-free representation.

[¶3]　WHEREFORE, the undersigned asks that he be permitted to withdraw as counsel for the Defendant, and further, that counsel be appointed for the Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A et. seq.

*(Signature page to follow.)*

Dated this 7th day of August, 2025.

                                                                         **Patrick S. Rosenquist (ND #06921)**
Rosenquist Law Office
2750 26th St. S., Suite C,
Grand Forks, ND 58201
Phone: 701-775-0654
Email: patrick@rosenquistlawoffice.com
*Attorney for Defendant*